377 P.2d 100

**Howard M. RAISHE and Ruth C. Raishe, Petitioners,**

v.

**DISTRICT COURT OF the SECOND JUDICIAL DISTRICT of the State of New Mexico WITHIN AND FOR BERNALILLO COUNTY, New Mexico and The Honorable John B. McManus, Jr., District Judge of the Second Judicial District in and for Bernalillo County, New Mexico, Respondent.**

No. 7344.

Supreme Court of New Mexico.

Jan. 2, 1962.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the petition for writ of prohibition be and the same is hereby denied.

377 P.2d 100

**James C. LATTIN, Petitioner,**

v.

**The FIRST JUDICIAL DISTRICT COURT, Santa Fe, New Mexico, Respondent.**

No. 14 HC.

Supreme Court of New Mexico.

Jan. 3, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of mandamus be and the same is hereby denied for the reason that the case is pending before the Hon. James M. Scarborough who has appointed counsel for the petitioner.

377 P.2d 100

**Leo A. CALHOUN, Petitioner,**

v.

**Harold A. COX, Warden, New Mexico State Penitentiary and The State of New Mexico et al., Respondents.**

No. 15 HC.

Supreme Court of New Mexico.

Jan. 7, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted and the motion for delayed appeal be and the same is hereby denied.